```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                             Case No. 13-16457-elf
Karl L. Beckett                                                    Chapter 13
Linda J. Beckett
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: John                  Page 1 of 3                  Date Rcvd: Sep 19, 2018
                               Form ID: 138NEW             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db/jdb         +Karl L. Beckett,    Linda J. Beckett,    1389 Reading Road,    Denver, PA 17517-9724
cr             +Diamond Resorts U.S. Collection Development, LLC,    3865 West Cheyenne Avenue,
                 North Las Vegas, NV 89032-3431
13107034      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
13107036       +Beneficial,    PO Box 3425,    Buffalo, NY 14240-3425
13107035       #Beneficial,    PO Box 1231,    Brandon, FL 33509-1231
13193946       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13107038       +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
13215034       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14176332       +Ditech Financial LLC,    fka Green Tree Servicing LLC,    c/o REBECCA ANN SOLARZ,
                 710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
13107041        Estate Information Services, LLC,    PO Box 1730,    Reynoldsburg, OH 43068-8730
13187584       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13141951       +Harley-Davidson Credit Corp.,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13107044       +Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
13107045       +IRS,    1720 Hempstead Road,    PO Box 10128,    Lancaster, PA 17605-0128
13154833       +Jennifer O'Neal,    PSECU,    PO Box 67013,    Harrisburg, PA 17106-7013
13327319       +Joseph T. Bambrick, JR., Esqurie,    529 Reading Avenue, Suite K,    West Reading, PA 19611-1073
13955709        Loan Acquisition Trust 2017-RPL1,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004, Irvine, CA 92619
13107046        Lowes Business/GECRB,    PO Box 530970,    Atlanta, GA 30353-0970
13916274        MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708, Irvine, CA 92619
13107049       +Sears/Citibank,    PO Box 6282,    Sioux Falls, SD 57117-6282
13107050       +Staples/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
13107052       +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
13107053       +Wanner Ford, Inc.,    c/o Blaise Alexander Ford of Ephrata,    620 N. Reading Road,
                 Ephrata, PA 17522-8406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:41      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2018 02:29:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2018 02:29:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 02:40:12      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 02:51:28
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13167774       +E-mail/Text: bncmail@w-legal.com Sep 20 2018 02:29:22      ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13108970        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2018 02:39:52
                 American InfoSource LP as agent for,    Health Management Associates,
                 as assignee of Lancaster Regional Medica,    PO Box 248838,    Oklahoma City, OK  73124-8838
13107037       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 02:39:01      Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13107039       +E-mail/Text: bankruptcy@diamondresorts.com Sep 20 2018 02:28:50
                 Diamond Resorts International,    10600 West Charleston Boulevard,    Las Vegas, NV 89135-1260
13120123        E-mail/Text: mrdiscen@discover.com Sep 20 2018 02:28:45      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13107040       +E-mail/Text: mrdiscen@discover.com Sep 20 2018 02:28:45      Discover Financial Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
13107042        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 02:39:02      Green Tree Servicing,
                 332 Minnesota Street,    Suite 610,    Saint Paul, MN 55101
13134393       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2018 02:28:49      Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13107043       +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 20 2018 02:29:59      Harley-Davidson Credit,
                 PO Box 21829,    Carson City, NV 89721-1829
13172610        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 20 2018 02:29:24      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13158735       +E-mail/Text: BKRMailOps@weltman.com Sep 20 2018 02:29:19      MB Financial Bank,
                 c/o Weltman, Weinberg & Reis,    325 Chestnut Street, Ste. 501,    Philadelphia, PA 19106-2605
13107047        E-mail/Text: Mbbankbknotice@mbfinancial.com Sep 20 2018 02:30:05      MB Financial Bank,
                 PO Box 6261,    Chicago, IL 60680-6261
13210632        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 02:39:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13107048        E-mail/Text: bankruptcynotices@psecu.com Sep 20 2018 02:29:59      PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
```

```
District/off: 0313-2            User: John              Page 2 of 3              Date Rcvd: Sep 19, 2018
                                Form ID: 138NEW         Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13164289        E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 02:28:55
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13119000        E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2018 02:40:14
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13219564        E-mail/PDF: cbp@onemainfinancial.com Sep 20 2018 02:39:34        Springleaf Consumer Loan, Inc.,
                P.O. Box 3251,   Evansville, IN 47731-3251
13142899       +E-mail/Text: bncmail@w-legal.com Sep 20 2018 02:29:22        TD BANK USA, N.A.,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13107033*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
13312165*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541)
13795587*       Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13962802*       Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13207178       ##+Susquehanna Bank,   PO Box 639,   Maugansville, MD 21767-0639
13107051       ##+Susquehanna Bank,   13511 Label Lane,   Hagerstown, MD 21740-2466
                                                                                 TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
```
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Beneficial Consumer Discount  Co.
               ecfmail@mwc-law.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Loan Acquisition Trust 2017-RPL1
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development, LLC
               leavitt@ds-l.com, filing@ds-l.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Karl L. Beckett NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Linda J. Beckett NO1JTB@juno.com
              PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
               IRWIN HOME EQUITY LOAN TRUST 2006-1, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY
               CORINTHIAN MORTGAGE CORPORATION pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
```

```
District/off: 0313-2          User: John              Page 3 of 3              Date Rcvd: Sep 19, 2018
                              Form ID: 138NEW         Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                             TOTAL: 11

Case 13-16457-elf    Doc 73    Filed 09/21/18    Entered 09/20/18 15:30:00    Desc Imaged
Certificate of Notice    Page 3 of 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Karl L. Beckett and Linda J. Beckett
    Debtor(s)

Bankruptcy No: 13−16457−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/19/18

72 − 71
Form 138_new