United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Karl L. Beckett
Linda J. Beckett
       Debtors

Case No. 13-16457-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Sep 28, 2018
                        Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
db/jdb        +Karl L. Beckett,    Linda J. Beckett,    1389 Reading Road,    Denver, PA 17517-9724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Beneficial Consumer Discount  Co. ecfmail@mwc-law.com
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Loan Acquisition Trust 2017-RPL1  debersole@hoflawgroup.com, bbleming@hoflawgroup.com
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP debersole@hoflawgroup.com, bbleming@hoflawgroup.com
        DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development, LLC leavitt@ds-l.com, filing@ds-l.com
        JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Linda J. Beckett NO1JTB@juno.com
        JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Karl L. Beckett NO1JTB@juno.com
        PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR IRWIN HOME EQUITY LOAN TRUST 2006-1, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY CORINTHIAN MORTGAGE CORPORATION pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                 TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                  Chapter: 13

    Karl L. Beckett and Linda J. Beckett

Debtor(s)                                       Case No: 13−16457−elf

___

*ORDER*

      AND NOW, 9/28/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court

74
Form 212