Certificate Number: 12433-PAE-DE-030554519

Bankruptcy Case Number: 13-16457



12433-PAE-DE-030554519

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2018, at 8:53 o'clock AM EST, Karl L. Beckett completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 11, 2018               By:   /s/Lance Brechbill

                                       Name: Lance Brechbill

                                       Title: Teacher