Certificate Number: 12433-PAE-DE-030554520

Bankruptcy Case Number: 13-16457



12433-PAE-DE-030554520

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2018, at 8:53 o'clock AM EST, Linda J. Beckett completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 11, 2018    By:  /s/Lance Brechbill

Name:  Lance Brechbill

Title:  Teacher