### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        : Chapter 13

Karl L. Beckett and Linda J. Beckett                          : Case No. 13−16457−elf
       Debtor(s)

### ORDER
_____

    AND NOW, this day , October 30, 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

81
Form 195