United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karl L. Beckett  
Linda J. Beckett  
    Debtors

Case No. 13-16457-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Oct 30, 2018  
    Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.  
db/jdb    +Karl L. Beckett,    Linda J. Beckett,    1389 Reading Road,    Denver, PA 17517-9724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:

    CELINE P. DERKRIKORIAN    on behalf of Creditor    Beneficial Consumer Discount  Co. ecfmail@mwc-law.com  
    DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Loan Acquisition Trust 2017-RPL1 debersole@hoflawgroup.com,  bbleming@hoflawgroup.com  
    DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
    DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development, LLC leavitt@ds-l.com,  filing@ds-l.com  
    JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Linda J. Beckett NO1JTB@juno.com  
    JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Karl L. Beckett NO1JTB@juno.com  
    PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR IRWIN HOME EQUITY LOAN TRUST 2006-1, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY CORINTHIAN MORTGAGE CORPORATION pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC. bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
    WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

    TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                   : Chapter 13

Karl L. Beckett and Linda J. Beckett                          : Case No. 13−16457−elf

      Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 30, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                      By The Court

                      Eric L. Frank
                      Judge , United States Bankruptcy Court